UNITED STATES of America,
Plaintiff–Appellee,

v.

Marc SENELON, Defendant–Appellant.

No. 10–10452

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 24, 2010.

Anne Schultz, Assistant U.S. Attorney U.S. Attorney's Office, Miami, FL, Jeffrey H. Sloman, U.S. Attorney's Office, Robin Waugh–Farretta United States Attorney's Office, Fort Lauderdale, FL, for Plaintiff–Appellee.

Howard J. Schumacher, Law Offices of Howard J. Schumacher, Ft. Lauderdale, FL, for Defendant–Appellant.

Before BARKETT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Thomas J. Butler, appointed counsel for Marc Senelon in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Senelon's conviction and sentence are **AFFIRMED.**